UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIMON ZERABRUK, | ) |
| | ) CASE NO. C10-1572-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER GRANTING PETITION FOR |
| | ) WRIT OF HABEAS CORPUS |
| ICE FIELD OFFICE DIRECTOR, | ) |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. 7) is GRANTED, and respondent's motion to dismiss (Dkt. 11) is DENIED.  Petitioner shall be released pursuant to an order of supervision within fifteen (15) days after entry of this Order, on conditions of supervision which may include those set forth in

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
-1

8 C.F.R. § 241.5(a).

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 22nd day of February, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
-2